**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| A.P.A., <br><br>        *Petitioner,* <br><br>  v. <br><br> PAUL ARTETA, in his official capacity as Sheriff of Orange County, New York and Warden of the Orange County Correctional Facility, *et al.*, <br><br>        *Respondents.* | Case No. 1:26-cv-3334 |

**[PROPOSED] ORDER GRANTING PETITIONER'S MOTION FOR LEAVE TO PROCEED UNDER PSEUDONYM**

Upon consideration of Petitioner's Motion for Leave to Proceed Under Pseudonym and for good cause shown, the motion is GRANTED.  It is hereby

ORDERED that Petitioner is given leave to proceed under the pseudonym A.P.A.

IT IS FURTHER ORDERED that any documents that refer to his identity or contain identifying details, including but not limited to his Alien Registration Number, shall filed on the public docket in redacted form and, if necessary, with unredacted copies filed under seal.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 3.

Entered on 23rd day of _April_, 2026

_____
Arun Subramanian
United States District Judge