

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

April 29, 2026

**Via ECF**

Honorable Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

　　　　Re:　　*A.P.A. v. Arteta et al.*, No. 26 Civ. 3334 (AS)

Dear Judge Subramanian:

　　　　This Office represents Respondents (the "Government") in the above-captioned habeas proceeding.  On April 27, 2026, the Government submitted its opposition to the petition, ECF Nos. 9, 10, and 11.  Unfortunately, as Petitioner's counsel pointed out, I omitted the redaction of personal identifying information on the following filings:

- ECF No. 9-1: name, A-number, and date of birth on page 2; A-number on page 3
- ECF No. 9-6: A-number on page 2
- ECF No. 9-9: name and A-number on page 4
- ECF No. 9-10: name on page 1; name and A-number on page 2
- ECF No. 10: A-number on page 1

　　　　I apologize to the Court and to Petitioner for my inadvertent omissions.  The Government hereby moves to strike the aforementioned exhibits, and replace them with the attached, correctly redacted exhibits.

　　　　The Government thanks the Court for its consideration of this matter.

GRANTED IN PART. The Court will not strike the exhibits, but will place them under seal. The Clerk of Court is respectfully directed to seal Dkts. 9-1, 9-6, 9-9, 9-10, and 10.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 12.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: April 29, 2026

Respectfully submitted,

JAY CLAYTON
United States Attorney for the
Southern District of New York

By:　 s/ *Tudor M. Neagu*
TUDOR M. NEAGU
Special Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (646) 856-5190
E-mail: tudor.neagu@usdoj.gov
*Attorney for Respondents*

　　cc: Counsel of Record (via ECF)