UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.P.A.,

                    Petitioner,

          -against-

Paul Arteta et al.,

                    Respondents.

26-CV-3334 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

As stated on the record during the May 6, 2026, hearing:

- Respondents are directed to meet and confer with petitioner's counsel and submit a letter by 5pm on Thursday, May 7, 2026 stating whether they will voluntarily consent to the petitioner's release;

- If respondents do not consent to release, both parties are to submit letters on or before 5pm on Friday, May 8, 2026, that provides their best circuit or Supreme Court authorities supporting why, or why not, the proper remedy upon the denial of an initial custody/parole revocation determination should be release as opposed to the furnishing of that determination. Additionally, petitioner's counsel may address any other issues they wish to raise and respondents should address the circumstances of the May 4 custody determination.

SO ORDERED.

Dated: May 6, 2026
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge