UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| A.P.A., | |
|                       Petitioner, | |
|        -against- | |
| Paul Arteta et al., | |
|                    Respondents. | |

26-CV-3334 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

Respondents advised the Court at the evidentiary hearing in this matter that, shortly before the hearing, they conducted what they believed to be an individualized determination that petitioner should be detained. For clarity of the record, and given respondents' prior representations, respondents are directed to submit a letter by 5 p.m. on Monday, May 18, 2026, confirming that ICE (1) complied with the procedural requirements stipulated in the settlement agreement in *Velesaca v. Decker*, No. 20 Civ. 1803, Dkt. 177, in this case and (2) that it is following, and will follow moving forward, those procedures for all persons arrested and/or detained in this district (regardless of field office).

SO ORDERED.

Dated: May 14, 2026
      New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge