UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A.P.A.,

                    Petitioner,

          -against-

Paul Arteta et al.,

                    Respondents.

26-CV-3334 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The Court directed respondents to submit a letter regarding the procedures in *Velesaca v. Decker* by 5 p.m. on Monday, May 18, 2026, at 5 p.m. Dkt. 21.

Respondents failed to submit any letter and have not sought any extension. Respondents are ORDERED to submit the letter by 9 a.m. tomorrow, Wednesday, May 20, 2026.

          SO ORDERED.

Dated: May 19, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge