**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
A.P.A.,

                         Petitioner,                       26 **CIVIL** 3334 (AS)

       -against-                              **JUDGMENT**


Paul Arteta et al.,

                         Respondents.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 3, 2026, the petition is GRANTED and A.P.A. is ordered conditionally released unless respondents comply with the following requirements: Respondents are directed to provide A.P.A. with a new custody determination within 48 hours in line with the Court's opinion. Should A.P.A. be denied release, then within two days, respondents should provide the Court with an explanation of the individualized determination it provided to A.P.A. as specified above, including whether its determination was based, in whole or in part, on A.P.A.'s prior conviction. If A.P.A. is denied release (or if A.P.A. wishes to challenge the terms of his release, including the amount of any bond), then respondents are also directed to provide A.P.A. with a bond hearing within seven days of the adverse determination, where the burden is on the government to justify detention by clear and convincing evidence. Respondents are directed to submit a letter to the Court with the outcome of the new custody hearing within 48 hours after it happens, along with a transcript or audio recording of the hearing. enter judgment granting the petition and granting conditional release, unless respondents provide A.P.A. with the relief specified above. The Court retains jurisdiction over this case for any further necessary proceedings.

**DATED:**  New York, New York
           June 4, 2026


                                    **TAMMI M. HELLWIG**
                                 _____
                                      **Clerk of Court**

                **BY:**           K. mango
                                _____
                                      **Deputy Clerk**